# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 6, 2007*

[Cite as *08/06/2007 Case Announcements,* 2007-Ohio-3963.]

## MOTION AND PROCEDURAL RULINGS

**2007–0683. In re Application of Holbrook.**
This cause came on for consideration upon the filing by Joel R. Rovito of a motion to withdraw as counsel for the applicant. Upon consideration thereof,
It is ordered by this court that the motion is granted.

## MISCELLANEOUS DISMISSALS

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 7, 2007*

[Cite as *08/07/2007 Case Announcements,* 2007-Ohio-3988.]

# MOTION AND PROCEDURAL RULINGS

**2007-0683. In re Application of Holbrook.**
Board of Commissioners on Character and Fitness, No. 338. Upon consideration of applicant's motion for continuance of oral argument scheduled for August 14, 2007,

It is ordered by the court that the motion is granted. Oral argument will be rescheduled upon further order of this court.